# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2023-0665**

Clinton Dean Watson v. State of Alabama (Appeal from Escambia Circuit Court:
CC-19-320.30 and CC-19-320.72)

## <u>NOTICE</u>

You are hereby notified that on October 11, 2024, the following action was
taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk